# Third District Court of Appeal

## State of Florida

Opinion filed August 6, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0022
Lower Tribunal No. 22-6242-CA-01
_____


## Josue Pinilla, and
## Jhonnatan Robert Pinilla Contreras,
Appellants,

vs.

## La Wagyeria Group, LLC,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Ariana Fajardo Orshan, Judge.

VIA Lawyers, and Alejandro I. Velez, for appellants.

Richards Legal Group, and Richard L. Richards, and Angelica D. Zolnierowicz, for appellee.

Before LOGUE, GORDO and GOODEN, JJ.

PER CURIAM.

Appellants Josue Pinilla and Jhonnatan Robert Pinilla Contreras appeal an order denying their second motion to set aside the default and final judgment under Florida Rule of Civil Procedure 1.540(b).  The trial court denied the motion as untimely, an improper motion for reconsideration, and for containing arguments that were known or should have been known to Appellants when they filed their first motion.  Finding the trial court did not abuse its discretion, we affirm.  See Parkhomchuck v. AIY, Inc., 338 So. 3d 397, 400 (Fla. 3d DCA 2022); Purcell v. Deli Man, Inc., 411 So. 2d 378, 379 (Fla. 4th DCA 1982).

Affirmed.